Consolidated Appeal Nos. 15-1992, 15-2002

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

COMCAST IP HOLDINGS I, LLC,

*Plaintiff-Cross Appellant,*

v.

SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.;
and NEXTEL OPERATIONS, INC.,

*Defendants-Appellants.*

Appeal from the United States District Court for the District of Delaware
in Case No. 12-205-RGA, The Honorable Richard G. Andrews

## JOINT MOTION FOR STAY OF APPEAL

Pursuant to Federal Rule of Appellate Procedure and Federal Circuit Rule 27, Plaintiff-Cross Appellant Comcast IP Holdings I, LLC, ("Comcast") and Defendants-Appellants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") hereby jointly request that these consolidated appeals be stayed on the terms set forth below.

Sprint and Comcast (the "Parties") are currently engaged in ongoing settlement negotiations and believe it may be possible to resolve all matters disputed in the above captioned appeals by negotiated settlement. The Parties are

engaged in patent litigation in the District of Kansas (Case No. 11-cv-2684-JWL) and in the Eastern District of Pennsylvania (Case No. 12-cv-859-JD), each of which was recently stayed pending these settlement discussions.  Further, the Parties are concurrently moving to stay the appeal of yet another case, Appeal No. 15-1989, and stays have also been entered in the District of Delaware with respect to further proceedings in that court in the cases giving rise to these consolidated appeals and Appeal No. 15-1989.[1]

The Parties believe that a global stay of all patent litigations pending between them will facilitate settlement negotiations and minimize further litigation costs and burdens for the Parties and the Court.  Accordingly, Sprint and Comcast respectfully request that the Court stay all scheduled deadlines, dates and proceedings in these consolidated appeals.  The Parties further request that the Court's Order provide that  the stay shall be lifted on February 4, 2016, unless the Court has granted a joint petition to extend the stay to facilitate the completion of settlement discussions.

## CONCLUSION

For the foregoing reasons, the Parties jointly request that these consolidated

[1] The parties jointly sought a stay of this case in the District Court.  Before granting that motion to stay, the District Court entered its August 10, 2015 Memorandum Opinion and Order regarding post-trial motions, which required both parties to file notices of appeal to preserve their rights.

appeals be stayed until February 4, 2016.

Dated: September 29, 2015                    Respectfully submitted,


                                             */s/ Anthony I. Fenwick*
                                             Anthony I. Fenwick
                                             Matthew B. Lehr
                                             David J. Lisson
                                             Gareth E. DeWalt
                                             DAVIS POLK & WARDWELL LLP
                                             1600 El Camino Real
                                             Menlo Park, CA 94025
                                             Tel:   (650) 752-2000
                                             Fax:   (650) 752-2111
                                             anthony.fenwick@davispolk.com
                                             matthew.lehr@davispolk.com
                                             david.lisson@davispolk.com
                                             gareth.dewalt@davispolk.com

                                             *Attorneys for Plaintiff-Cross Appellant
                                             Comcast IP Holdings I, LLC*


                                             */s/ Brian C. Riopelle* (by consent)
                                             Brian C. Riopelle
                                             David E. Finkelson
                                             Brian D. Schmalzbach
                                             MCGUIREWOODS LLP
                                             800 East Canal Street
                                             Richmond, VA 23219
                                             Tel:   (804) 775-1000
                                             Fax:   (804)775-1061
                                             briopelle@mcguirewoods.com
                                             dfinkelson@mcguirewoods.com
                                             bschmalzbach@mcguirewoods.com

                                             *Attorneys for Defendants-Appellants
                                             Sprint Communications Company L.P.,
                                             Sprint Spectrum L.P. and Nextel
                                             Operations, Inc.*

Rachelle H. Thompson
MCGUIREWOODS LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Tel:    (919) 755-6572
Fax:   (919) 755-6591
rthompson@mcguirewoods.com

*Attorney for Defendants-Appellants*
*Sprint Communications Company L.P.,*
*Sprint Spectrum L.P. and Nextel*
*Operations, Inc.*

## CERTIFICATE OF INTEREST

Counsel for the Cross-Appellant Comcast IP Holdings I, LLC certifies the following pursuant to Federal Circuit Rule 47.4:

1.   The full name of every party or amicus represented by me is:

Comcast IP Holdings I, LLC

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Comcast IP Holdings I, LLC is a wholly owned subsidiary of Comcast Corporation, a publicly traded Pennsylvania corporation that has no parent corporation.  No publicly held corporation owns 10% or more of Comcast Corporation's stock.

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this case are:

DAVIS POLK & WARDWELL LLP
Matthew B. Lehr
Anthony I. Fenwick
David J. Lisson
Micah G. Block
Alyse L. Katz
Vesna Cuk
Brooke A. Pyo
Gareth E. DeWalt
Austin D. Tarango (former employee)
Anna M. Ison (former employee)
Shiwoong Kim (former employee)
Alex H. Hu (former employee)

CONNOLLY GALLAGHER LLP
Arthur G. Connolly, III
Ryan Patrick Newell

Dated: September 29, 2015                          Respectfully submitted,


                                                   */s/ Anthony I. Fenwick*
                                                   Anthony I. Fenwick
                                                   Matthew B. Lehr
                                                   David J. Lisson
                                                   Gareth E. DeWalt
                                                   DAVIS POLK & WARDWELL LLP
                                                   1600 El Camino Real
                                                   Menlo Park, CA 94025
                                                   Tel:   (650) 752-2000
                                                   Fax:   (650) 752-2111
                                                   anthony.fenwick@davispolk.com
                                                   matthew.lehr@davispolk.com
                                                   david.lisson@davispolk.com
                                                   gareth.dewalt@davispolk.com

                                                   *Attorneys for Plaintiff-Cross Appellant*
                                                   *Comcast IP Holdings I, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2015, I caused the

foregoing **JOINT MOTION FOR STAY OF APPEAL** to be filed with the Clerk

of the Court using the CM/ECF System, which will serve via e-mail notice of such

filing to all counsel of record.


Dated:  September 29, 2015                Respectfully submitted,


                                         */s/ Anthony I. Fenwick*
                                         Anthony I. Fenwick

                                         *Attorney for Plaintiff-Cross Appellant*
                                         *Comcast IP Holdings I, LLC*