# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 2015-1992

COMCAST IP HOLDINGS I, LLC,
*Plaintiff-Appellee*

*v.*

SPRINT COMMUNICATIONS COMPANY, L.P.,
SPRINT SPECTRUM LP,
NEXTEL OPERATIONS, INC.,
*Defendants-Appellants*

———————————————

No. 2015-2002

COMCAST IP HOLDINGS I, LLC,
*Plaintiff-Cross Appellant*

*v.*

SPRINT COMMUNICATIONS COMPANY, L.P.,
SPRINT SPECTRUM LP,
NEXTEL OPERATIONS, INC.,
*Defendants-Appellants*

———————————————

Appeal from the United States District Court for the District of Delaware
No. 1:12-cv-205
Judge Richard G. Andrews

———————————————

**RESPONSE IN SUPPORT OF JOINT MOTION TO STAY APPEAL**

———————————————

Defendants-Appellants Sprint Communications Company, L.P., Sprint Spectrum LP, and Nextel Operations, Inc. (collectively "Sprint") hereby support and join in the Joint Motion to Stay Appeal filed September 29, 2015 (Doc. No. 17).

Dated: October 1, 2015                Respectfully submitted,

/s/     Brian D. Schmalzbach
Brian D. Schmalzbach

Brian C. Riopelle
David E. Finkelson
Brian D. Schmalzbach
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel:   804-775-1000
Fax:   804-775-1061
briopelle@mcguirewoods.com
dfinkelson@mcguirewoods.com
bschmalzbach@mcguirewoods.com

Rachelle H. Thompson
MCGUIREWOODS LLP
434 Fayetteville Street
Raleigh, NC 27601
Tel:   919-755-6572
Fax:   919-755-6591
rthompson@mcguirewoods.com

*Counsel for Sprint*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Comcast IP Holdings I, LLC   v.   Sprint Communications Company

Case No.   15-1992

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) __Appellant__ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

   Sprint Communications Company L.P.
   Sprint Spectrum L.P.
   Nextel Operations, Inc.

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

   None

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

   Sprint Communications L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. are directly or indirectly owned by Sprint Communications, Inc. (SCI). SCI is a subsidiary of Sprint Corporation, a public company listed on the New York Stock Exchange. SoftBank Corp., a public company listed on the Tokyo Stock Exchange First Section, owns 10% or more of the stock of Sprint Corporation.

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

   McGuireWoods LLP: David Finkelson, Brian Riopelle, Brian Schmalzbach, Rachelle Thompson
   Shook, Hardy & Bacon: Matthew Broaddus, Ryan Dykal, John Garretson, Aaron Hankel, Lynn Herndon, Robert Reckers, Ryan Schletzbaum, Jared Tong, B. Trent Webb
   Morris James LLP: Richard Herrmann, Mary Matterer

| 9/16/2015 | /s/ Brian D. Schmalzbach |
|---|---|
| Date | Signature of counsel |

Please Note: All questions must be answered

cc: _____

Brian D. Schmalzbach
Printed name of counsel

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2015, I electronically filed the foregoing Response in Support of Motion to Stay Appeal and accompanying Certificate of Interest with the Clerk of this Court using the CM/ECF system, which will send notice of such filing to all registered participants.

/s/     Brian D. Schmalzbach
Brian D. Schmalzbach